U.S. COURTS
AUG 07 2019
Rcvd____Filed____Time____
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

13-151

8-3-29

I ask the court Clerk of ada County, I would like copys of any cases, appeals, or motion on my cases. my I Doc # 68314. my Case # CR10-11129 I would like to know is There any thing That has change seame my sentenceing Date of 4-29-11 I am trying to find and information on my case. I hope you could help me with this proiblem and thank you very much for you time

Thank you
JACK F Gallegos

Joeh Gallegos # 68314
P.O Box 14
Boise, Idaho 83707

P.S. Tell what my top out days please

-pg.____

Revised 3/24/16